# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE    SEALED

CASE NUMBER: 25MJ2553-SBC

The person charged as **MARTIN OLIVEROS** now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the District of Nevada with a *Petition for Action on Conditions of Pretrial Release* charging Defendant with:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1348 | Violation of Conditions of Pretrial Release |

The Petition and the Arrest Warrant for the Defendant which was issued by the United States District Court for the District of Nevada are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 13, 2025        _____ (signature)

Issac Leos        (print)
Deputy U.S. Marshal
United States Marshal's Service

Reviewed and Approved:

Dated: May 13, 2025

_____ (signature)

Hunter V Norton (print)
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

8683122

United States of America
v.

Martin OLIVEROS
*Defendant*

Case No. 2:24-CR-00093-001

REC'D USMS D/NV
2024 OCT 30 PM 03:37

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Martin OLIVEROS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Petition for Action on Conditions of Pretrial Release

Date: October 30, 2024

*Issuing officer's signature*

City and state: Las Vegas, Nevada

Brenda N. Weksler, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Martin OLIVEROS
Known aliases:
Last known residence:   ███████████████████
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:   Los Angeles, CA
Date of birth:   ███████
Social Security number:   ███████
Height:   5'06"                                    Weight:   180
Sex:   Male                                         Race:   Whitte
Hair:   Brown                                       Eyes:   Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:   ███████
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Mariah Bassler-Wide███████ (cell) 702-464-5638 (desk)

Date of last contact with pretrial services or probation officer *(if applicable)*:

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number: 7709
LAUREN IBANEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-00093-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| MARTIN OLIVEROS | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Mariah Bassler-Wide</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 29th day of October, 2024.

JASON M. FRIERSON
United States Attorney

By ___/S/_____.
LAUREN IBANEZ
Assistant U. S. Attorney

PS 8
(Revised 12/04)

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. MARTIN OLIVEROS                                  Docket No: 2:24-CR-00093-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW MARIAH BASSLER-WIDE, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Martin Oliveros. The defendant initially appeared on April 30, 2024, before U.S. Magistrate Judge Brenda Weksler and was ordered released on a personal recognizance bond with the following conditions of release:

1. Pretrial Services Supervision.
2. Continue or actively seek employment.
3. Abide by the following restrictions on personal association, residence, or travel: Continental USA.
4. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: the victims, as noted in the Protection Orders. Defendant shall stay 100 feet away from all DEA buildings.
5. Not possess a firearm, destructive device, or other weapon.
6. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
7. Submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer Testing may be used with random frequency and may include urine testing, a remote alcohol testing system. and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On August 1, 2024, the defendant failed to appear for a random drug test.
2. On August 5, 2024, the defendant failed to appear for a random drug test.
3. August 10, 2024, the defendant was arrested for Contempt: Violate Protective Order and Violate Court Order to Prevent Domestic Violence by the San Diego Sheriff's Office in California.
4. On August 14, 2024, the defendant was arrested for Vandalism: Deface Property, Take Vehicle without Owner's Consent/Vehicle Theft, and Grand Theft by the Oakland Sheriff's Office in California.
5. On August 17, 2024, the defendant was arrested for Contempt: Disobey Court Order and Petty Theft by the Oakland Sheriff's Office in California.
6. On August 29, 2024, the defendant was arrested on two counts of Contempt: Violate Protective Order and two counts Violate Court Order Preventing Domestic Violence by the San Diego Sheriff's Office in California.
7. On September 2, 2024, the defendant failed to appear for a random drug test.
8. On September 13, 2024, the defendant failed to appear for a random drug test.

9. On October 17, 2024, the defendant failed to appear for a random drug test.
10. On October 21, 2024, the defendant failed to appear for a random drug test.

**PRAYING THAT THE COURT WILL ORDER THAT WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 30th day of October, 2024 and ordered filed and made a part of the records in the above case.

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 29th day of October, 2024.

Respectfully Submitted,

_____
Mariah Bassler-Wide
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada